```
ST Designs LLC
P.O. Box 2385
Huntington Park, CA 90255


Michael Y. Lo, Esq.
Lo & Lo LLP
506 North Garfield Ave., Suite 280
Alhambra, CA 91801


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Dan Rivero, CPA
Rivero & Associates, Inc.
13701 Riverside Drive
Suite 500
Sherman Oaks, CA 91423


Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Kevin I. Shenkman, Esq.
SHENKMAN & HUGHES PC
28905 Wight Road
Malibu, CA 90265


Southern California Edison
PO Box 6400
Rancho Cucamonga, CA 91729
```

```
State Board of Equalization
Account Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029


Tim Hall
1036 Broxton Ave.
Suite B
Los Angeles, CA 90024


United Midwest Savings Bank
6460 Busch Blvd.
Malibu, CA 90265
```