**CONSENT TO ACTION TAKEN IN LIEU OF**

**SPECIAL MEETING OF MEMBERS**

**ST DESIGNS LLC**

All the members of ST DESIGNS LLC (the "Company") hereby consent to the action taken as set forth in the following resolutions:

WHEREAS, 100% Shareholder SONYA MARIE THERIAULT has informed the Company of its desire to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

BE IT RESOLVED, that SONYA MARIE THERIAULT, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Company;

BE IT FURTHER RESOLVED, that SONYA MARIE THERIAULT, Managing Member of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and delivery all necessary documents on behalf of the Company in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED, that SONYA MARIE THERIAULT, Managing Member of this Company, is authorized and directed to employ the law firm of LO & LO LLP to represent the Company in such bankruptcy case.

BE IT FURTHER RESOLVED, that the appropriate officers of the Company are hereby authorized and directed to take such action as they deem necessary or appropriate to affect the intent and purpose of the foregoing resolutions, and all actions previously taken by such officers to affect the intent and purpose of the foregoing resolutions are hereby ratified, confirmed and approved.

The signing of this consent by the members shall constitute full ratification of the action taken as set forth in the foregoing resolutions.

Consent dated: 3-27-18

_____
SONYA MARIE THERIAULT
Managing Member