| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| Peter J. Mastan, Trustee<br>travis@gumportlaw.com<br>550 S. Hope Street Suite 1765<br>Los Angeles, CA 90071<br>Telephone: (213) 452-4928 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>    St Designs LLC<br><br>                                                                 Debtor(s). | CHAPTER 7<br><br>CASE NO.: 18-13363-BB<br><br>(No Hearing Required) |
|---|---|

# TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor failed to appear at the Section 341(a) Meeting of Creditors and any continuances thereof. I further certify that I have notified the within debtor of any continued/rescheduled Section 341(a) Meeting of Creditors. I further certify that debtor has not provided a copy of debtor's tax returns as required by 11 U.S.C. Section 521(e)(2)(A)(i). I recommend that a dismissal order be initiated against:

■    **DEBTOR:**    St Designs LLC

☐    **JOINT DEBTOR:**    _____

Dated:    May 22, 2018

Peter J. Mastan                                                            _[signature]_
*Type Name of Trustee*                                         *Signature of Trustee*

This form has been approved by the United States Bankruptcy Court for the Central District of California.
February 2009